No. 1123. EVERGREEN FARMS Co. *v.* WILLACY COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 1. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. F. Strickland* for petitioner. *Messrs. John D. McCall* and *Sawnie B. Smith* for respondent.

No. 1124. MILLER ET AL. *v.* UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Haveth E. Mau* and *Robert Houston French* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 1126. HEFLIN ET AL. *v.* UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. P. H. Odom* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1139. FIRST NATIONAL BANK, EXECUTOR, ET AL. *v.* MINNESOTA MINES, INC. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Irving B. Melville* for petitioners.

No. 1143. FRANHAM DISTRIBUTORS, INC. *v.* NEW YORK WORLD'S FAIR 1939 INC. ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander Pfeiffer* for petitioner. *Mr. George DeForest Lord* for the New York